# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JUDITH A. KLINE, : | |
| Plaintiff, : | |
| | Case No. 3:14cv00204 |
| vs. : | |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | |
| Security Administration, : | |
| Defendant. : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 16, 2014 (Doc. #9) is ADOPTED in full;

2. Plaintiff's Motion to Dismiss (Doc. #8) is GRANTED and this case is DISMISSED with prejudice;

3. Defendant's Motion to Dismiss (Doc. #7) is DENIED as moot; and,

4. This case is TERMINATED on the docket of this Court.

November 4, 2014 \*s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge